

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00232-CV

| | | |
|---|---|---|
| RYAN EUGENE RAY, Appellant | § | On Appeal from |
| | § | County Court at Law No. 2 |
| V. | § | of Tarrant County (2019-001057-2) |
| | § | December 5, 2019 |
| VERONICA FIKES, Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's order denying the motion to dismiss. It is ordered that the trial court's June 12, 2019 order denying appellant Ryan Eugene Ray's motion to dismiss is affirmed.

It is further ordered that Ray shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
       Justice Lee Gabriel